# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ERIK LUNA, individually, and on behalf of all others similarly situated, ) ) ) *Plaintiff*, ) ) v. ) ) 4C KINZIE INVESTOR LLC, *et al.* ) ) *Defendants*. ) | Case No. |

**RELATED PARTY DISCLOSURE**

Defendants, by their undersigned counsel, make this disclosure pursuant to Northern District of Illinois Local Rule 3.2 and Federal Rule of Civil Procedure 7.1. None of the Defendants or Defendants' affiliates is publicly held. Nor is any of Defendants' affiliates' affiliates publicly held. None of the corporate Defendants has a parent corporation or a publicly held corporation owning more than 10% of its stock.

Date: July 30, 2018

Respectfully submitted,
Defendants, 4C Kinzie Investor LLC, *et al.*,

By: /s/ Daniel W. Tarpey
    One of their attorneys

    Daniel W. Tarpey
    David G. Wix
    Matthew M. Showel
    Tarpey Wix LLC
    225 W. Wacker Drive, Ste. 1515
    Chicago, IL 60606
    (312) 948-9090

By: /s/ Noah A. Finkel
    One of their attorneys

    Noah A. Finkel
    Cheryl A. Luce
    Seyfarth Shaw LLP
    233 S. Wacker Drive, Ste. 8000
    Chicago, Illinois 60606-6448
    (312) 460-5000