IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ERIK LUNA, et al., individually, and on behalf of all others similarly situated, | ) |
| | ) Case No. 18-cv-05165 |
| Plaintiffs, | ) |
| | ) Honorable Harry D. Leinenweber |
| v. | ) |
| | ) Magistrate Judge Michael T. Mason |
| 4C KINZIE INVESTOR LLC d/b/a Highline Bar & Lounge, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL
OF PLAINTIFF NOELLE HOFFMAN, WITHOUT PREJUDICE**

NOW COME Plaintiffs ERIK LUNA, LAURA PALYA, NOELLE HOFFMAN, ANNIE CALLANTA, RACHEL FOLEY, KATHLEEN CAHILL, ERIN ROTTENBERG, MELISSA MOSHER, and JENNIFER STRAIT (collectively, "Plaintiffs"), and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby give notice that NOELLE HOFFMAN, is dismissed as a party Plaintiff in this matter without prejudice.

                    Plaintiffs ERIK LUNA, LAURA PALYA, NOELLE HOFFMAN, ANNIE CALLANTA, RACHEL FOLEY, KATHLEEN CAHILL, ERIN ROTTENBERG, MELISSA MOSHER, and JENNIFER STRAIT, individually, and on behalf of all others similarly situated,

                    By:   s/ Thomas A. Zimmerman, Jr.
                         Thomas A. Zimmerman, Jr.
                         *tom@attorneyzim.com*
                         Sharon A. Harris
                         *sharon@attorneyzim.com*

Matthew C. De Re
*matt@attorneyzim.com*
ZIMMERMAN LAW OFFICES, P.C.
77 West Washington Street, Suite 1220
Chicago, Illinois 60602
(312) 440-0020 telephone
(312) 440-4180 facsimile
www.attorneyzim.com

*Counsel for Plaintiffs, the putative Class, and the putative Collective Group*

## **CERTIFICATE OF SERVICE**

Thomas A. Zimmerman, Jr., an attorney, hereby certifies that he caused the above and foregoing *Notice of Voluntary Dismissal of Noelle Hoffman, Without Prejudice* to be served upon counsel of record in this case via the U.S. District Court CM/ECF System, on this day June 11, 2020.

s/ Thomas A. Zimmerman, Jr.